UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: KRISTINA L. WARD            CASE NO: 1:21-bk-70565
         DEBTOR                                CHAPTER 7

**NOTICE OF OPPORTUNITY TO OBJECT
TO MOTION TO REOPEN CASE FOR THE LIMITED
PURPOSE OF FILING OFFICIAL FORM 23**

     You are hereby notified that the captioned debtor has filed the attached Motion to Reopen Case for the Limited Purpose of Filing Official Form 23 pursuant to Rules 2002 and 9024 of the Federal Rules of Bankruptcy Procedure. Responses and objections to the Motion must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within 21 days from the date of this notice, with copies to the attorney for the debtor and M. Randy Rice, Chapter 7 Trustee, 124 W. Capitol, Ste.1850, Little Rock, Arkansas 72201.

     If objections to the Motion are filed, they will be set for hearing by subsequent notice. If no objections are received, the Motion may be approved without further notice or hearing.

                                                  Honey Law Firm, P.A.
                                                  PO Box 1254
                                                  Hot Springs, AR 71902-1254
                                                  (501) 321-1007 Telephone
                                                  (501) 321-1255 Facsimile
                                                  alexandra@honeylawfirm.com

                                                  */s/ Alexandra Honey*
                                                  Alexandra Honey (2020048)

**CERTIFICATE OF MAILING**

     The undersigned hereby certifies that a true and correct copy of the attached Motion to Reopen Case for the limited purpose of filing Official Form 23 has been served by CM/ECF to M. Randy Rice, Chapter 7 Trustee; United States Trustee; and served by U.S. Mail, postage prepaid to the following on August 26, 2021:

Department of Finance and Administration     AR Department of Workforce Services
Legal Division Room 2380                         Legal Division
P.O. Box 1272                                       P.O. Box 2981
Little Rock, AR 72203                            Little Rock, AR 72203

Internal Revenue Service                       U.S. Attorney, Western District of Arkansas
P.O. Box 7346                                       414 Parker Ave.
Philadelphia, PA 19101-7346                  Fort Smith, Arkansas 72901

And to all creditors whose names and addresses are set forth on the following creditor matrix.

                                                  */s/ Alexandra Honey*
                                                  Alexandra Honey

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

| | |
|---|---|
| IN RE: KRISTINA L. WARD | CASE NO: 1:21-bk-70565 |
| DEBTOR | CHAPTER 7 |

## MOTION TO REOPEN CASE
## FOR THE LIMITED PURPOSE OF FILING OFFICIAL FORM 23

Comes now the debtor, Kristina L. Ward, by and through her attorneys, Honey Law Firm, P.A., and for her Motion to Reopen for the Limited Purpose of Filing Official Form 23, states:

1. That debtor filed for relief under Chapter 7 of Title 11 on April 22, 2021.

2. That on August 26, 2021, the Court entered a Notice of Case Closed without discharge for failure to file Official Form 23.

3. Debtor completed her instructional course concerning personal financial management on May 13, 2021. A true and correct copy of debtor's Certificate of Debtor Education is attached hereto as Exhibit A.

4. That the debtor is seeking to reopen her Chapter 7 case to file the Official Form 23 and complete her case to discharge.

WHEREFORE, the debtor prays that the Motion to Reopen Case be granted for the purpose of filing the Official Form 23 and for all other just and proper relief.

/s/ Alexandra Honey
Alexandra Honey (2020048)
Honey Law Firm, P.A.
P.O. Box 1254
Hot Springs, AR 71902
(501) 321-1007 Telephone
(501) 321-1255 Facsimile
alexandra@honeylawfirm.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading electronically via ECF to M. Randy Rice, Chapter 7 Trustee, and via United States Postal Service to all Creditors on Creditor Matrix on this 26th day of August, 2021.

                                              /s/ Alexandra Honey
                                              Alexandra Honey